# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| NASHVILLE APARTMENT LOCATORS, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | Case No. 3:22-cv-00193 |
| JOEL SANDERS and | ) ) | |
| APARTMENT INSIDERS, LLC, | ) | JURY DEMAND |
| Defendants. | ) | Judge Trauger |

## AGREED ORDER ON PRELIMINARY INJUNCTION

The parties, as evidenced by the signatures of their counsel below, have proffered a resolution to negate the need for this Court to decide Plaintiff Motion for Preliminary Injunction by entry of this Order. The Court having reviewed such proffer hereby **ORDERS, ADJUDGES AND DECREES** as follows:

1. Defendants, (defined as not only Defendants but their affiliates, successors and assigns and includes any party which the Defendants or their agents direct to act on its behalf) shall transfer all rights and control to the Facebook page facebook.com/nashvilleapartmentlocators to Plaintiff. Defendants agree that they will no longer have control of this domain.

2. Defendants shall delete the YouTube channel youtube.com/nashvilleapartmentlocators described in the Complaint. Defendants agree that they will no longer have control of this domain.

3. Defendants shall transfer all rights and control to the nashapartment.com domain described in the Complaint to Plaintiff. Defendants agree that they will no longer have control of this domain.

1

4. Defendants shall revoke the assumed name of "Apartment Locators" with the Tennessee Secretary of State and cease use of that assumed name

5. Defendants represent that they have completed items 1-4 above.

6. Defendants are enjoined, until such time as the Court issues a further order regarding the same, in the United States of America from the use of "Nashville apartment locator(s)" as a source indicator ("source indicator at issue") or brand regardless of how it is stylized, spelled or misspelled, amalgamized, iterated, singularized or pluralized, spaced or not-spaced and regardless of what goods or services are offered by Defendants using the source indicator at issue. Furthermore, Defendants are further enjoined from using all three of the words "Nashville," "apartment," and "locator(s)" contiguously in any combination with no regard to plurality. This enjoinment shall apply to advertisements, sales and marketing materials, customer facing items, instructional images, embedded search terms, meta tags, back links, blogs, social media posts, marketing campaigns and any other backend keywording and/or indexing utilized by Defendants. Defendants shall comply with all aspects of this enjoinment on or before June 1, 2022. In the event that Plaintiff identifies a usage of the words "Nashville," "apartment," and "locator(s)" contiguously in any combination after June 1, 2022, Plaintiff shall notify Defendants and Defendants shall take all action needed to comply with this Order within five (5) days of receiving such notice.

7. This Court will retain jurisdiction over this matter including the enforcement of this Agreed Order.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE

**APPROVED FOR ENTRY:**

**SWAFFORD LAW**


By: */s/ Tara L. Swafford*_____
Thomas Anthony Swafford, BPR #017578
Tara L. Swafford, BPR #017577
W. Lee Maddux, BPR #01235
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tony@swaffordlawfirm.com
tara@swaffordlawfirm.com
lee@swaffordlawfirm.com


*Counsel for the Plaintiff*


**BRADLEY ARANT BOULT CUMMINGS**

By: /s/ Jacob W Neu_____
Russell B. Morgan, BPR # 20218
Jacob W. Neu, BPR # 030278
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
Facsimile: (615) 252-4707
rmorgan@bradley.com
jneu@bradley.com

*Counsel for the Defendants*